

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.,**
Appellant

v.

George Samuel **LUDOLF,**
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On March 24, 2021, appellant filed an agreed motion to abate this appeal. The motion alleges the parties are considering settling the underlying case. After consideration, we **DENY** appellant's request to abate. However, in order to facilitate the settlement and disposition of this appeal, we **GRANT** appellant an extension of time to file its brief. We **ORDER** the parties to file by **April 30, 2021**, a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1. If such motion is not filed, appellant's brief will be due by April 30, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court